IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02581-RPM

BRENDA COLUCCI,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT;
HRTC I, L.L.C.;
ALL MAINTENANCE COMPANIES KNOWN AND UNKNOWN, PARTNERS, CONTRACTORS, SUBCONTRACTORS, SUCCESSORS, HEIRS AN ASSIGNS; JOHN DOE and
JANE DOE

    Defendants.
_____

**ORDER DISMISSING DEFENDANT HRTC I, L.L.C. AND FOR SETTING SCHEDULING CONFERENCE**
_____

    This civil action was removed from the District Court, County of Arapahoe, State of Colorado, by defendant Home Depot U.S.A., Inc. d/b/a Home Depot by its Notice Of Removal, filed September 28, 2012, alleging diversity jurisdiction under 28 U.S.C. §1332 and contending that defendant HRTC I, LLC, and all other defendants have been fraudulently and improperly joined in that there is no basis for their liability. The plaintiff has not responded to those allegations of fraudulent joinder and, accordingly, it is

    ORDERED that defendant HRTC I, LLC., is dismissed and the only defendant in this civil action is Home Depot U.S.A., Inc. d/b/a Home Depot and this matter will be set for scheduling conference.

    DATED: November 21st, 2012

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge