IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02581-RPM

BRENDA COLUCCI,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT,

    Defendants.
_____

ORDER EXTENDING DEADLINE TO DESIGNATE NON-PARTIES AT FAULT
_____

    Upon review of Defendant Home Depot U.S.A., Inc.'s unopposed motion to extend the deadline, to and including January 25, 2013, for defendant to designate non-parties at fault [11] filed November 21, 2012, it is

    ORDERED that the motion is granted.

    DATED: November 27th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge