IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02581-RPM

BRENDA COLUCCI,

      Plaintiff,

v.

HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT,

      Defendants.
_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Joint Stipulation of Dismissal of All Claims [16], it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

      Dated: March 12th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge