IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02581-RPM

BRENDA COLUCCI,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT,

    Defendants.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation of Dismissal of All Claims [16], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated: March 12th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge